STATE OF NEW JERSEY v. WILLIAM WARNEY SMITH.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT CRUZ.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SPIKES.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER LEE, JR.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE M. THOMAS.

November 1, 1988.

Petition for certification denied.